1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10  ISABEL TUBACH,

11              Plaintiff,

12      v.

13  GOVERNOR J. BROWN, et al.,

14              Defendants.

15

16

**Case No.  1:12-cv-01573-SMS (PC)**

**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER**

**Doc. 8**

**RESPONSE DUE WITHIN FIFTEEN (15) DAYS**

17      Plaintiff Isabel Tubach ("Plaintiff") is a prisoner in the custody of the California

18  Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding *pro se* and *in*

19  *forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the

20  Complaint in this action on September 25, 2012.  Doc. 1.

21

22      In the Complaint, Plaintiff appears to allege that she is being harassed and physically and

23  sexually harassed.  The complaint fails to state specific factual details and the dates of all of the

24  occurrences of which Plaintiff complains. The majority of the allegations are legal conclusions

25  rather than detailed factual allegations.

26      On October 23, 2013, the Court ordered Plaintiff to submit within thirty (30) days a more

27  definite statement of facts so that the Court could screen the Complaint in compliance with 28

28

U.S.C. § 1915A.  Doc. 8.  The order warned Plaintiff that failure to comply as directed might result in the dismissal of this action under Rule 41(b) of the Federal Rules of Civil Procedure without further notice.  Although more than thirty days have passed, Plaintiff has neither provided a more definite statement of facts, requested an extension of time to comply, nor responded to the Court's order in any other way.

The Court has discretion to impose any and all sanctions authorized by statute or Rule or within the inherent power of the Court, including dismissal of an action, based on Plaintiff's failure to comply with a court order.  Fed. R. Civ. P. 11; Local Rule 110.

Accordingly, the Court HEREBY ORDERS that:

1.  Within **fifteen (15) days** from the date of service of this order, Plaintiff shall file a written response to the Court, showing cause why this case should not be dismissed for Plaintiff's failure to obey the Court's order of October 23, 2013; and

2.  Plaintiff's failure to comply with this order will result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated:   __December 4, 2013__                    _____/s/ **Sandra M. Snyder**
                                                 UNITED STATES MAGISTRATE JUDGE

2